AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the
District of Colombia

Orlando Pierre Williams
*Petitioner*

v.

United States Parole Commission
*Respondent*
(name of warden or authorized person having custody of petitioner)

Case: 1:19-cv-00175 (G-DECK)
Assigned To : Unassigned
Assign. Date : 1/17/2019
Description: Habeas Corpus/2241

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Orlando Pierre Williams
   (b) Other names you have used:
2. Place of confinement:
   (a) Name of institution: South Central Regional Jail
   (b) Address: 1001 Centre Way, Charleston, WV 25309
   (c) Your identification number: 3596906
3. Are you currently being held on orders by:
   ☒ Federal authorities   ☐ State authorities   ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: Superior Court of the District of Columbia. United States Parole Commission
   (b) Docket number of criminal case:
   (c) Date of sentencing: 2012, Nov. 27, 2018
   ☐ Being held on an immigration charge
   ☐ Other *(explain)*:

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

RECEIVED Mail Room
JAN 17 2019
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Page 2 of 9

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

❏ Pretrial detention
❏ Immigration detention
❏ Detainer
❏ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
❏ Disciplinary proceedings
❏ Other *(explain)*:

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: United States Parole Commission District of Columbia
   (b) Docket number, case number, or opinion number:
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
   1) Revocation of Supervised Release Resulting with 24 month Prison sentence Imposed,
   2) Henderance of due Process
   (d) Date of the decision or action: Revocation Hearing – Nov. 27, 2018

**Your Earlier Challenges of the Decision or Action**

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☒ Yes   ❏ No
   (a) If "Yes," provide:
      (1) Name of the authority, agency, or court: United States Parole Commission National Appeals Board
      (2) Date of filing: Dec. 21, 2018
      (3) Docket number, case number, or opinion number:
      (4) Result: No responce
      (5) Date of result:
      (6) Issues raised: 1) Bias & prejudice statements and decision from Examiner 2) Fabricated story and evidence of by Officer 3) Evidence showing supervision had not been violated 4) Evidence showing releasee was not in nor driving vehicle firearm was found in 5) Releasee did not own vehicle nor lived at the residence the vehicle was upon 6) Releasee was in the process of Purchasing the vehicle, among others
   (b) If you answered "No," explain why you did not appeal:

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ❏ Yes   ☒ No

    (a) If "Yes," provide:
        (1) Name of the authority, agency, or court: _____
        (2) Date of filing: _____
        (3) Docket number, case number, or opinion number: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised: _____

    (b) If you answered "No," explain why you did not file a second appeal: *This instant action is the next step, also the USPC has not been acting as obligated durring the process of this revocation*

9. **Third appeal**
After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes      ☒ No
    (a) If "Yes," provide:
        (1) Name of the authority, agency, or court: _____
        (2) Date of filing: _____
        (3) Docket number, case number, or opinion number: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised: _____

    (b) If you answered "No," explain why you did not file a third appeal: *N/A*

10. **Motion under 28 U.S.C. § 2255**
In this petition, are you challenging the validity of your conviction or sentence as imposed?
☐ Yes      ☒ No
If "Yes," answer the following:
    (a)     Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
         ☐ Yes      ☐ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes   ☐ No
If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes   ☒ No
If "Yes," provide:
(a) Date you were taken into immigration custody:
(b) Date of the removal or reinstatement order:
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes   ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

       If "Yes," provide:
       (1) Date of filing: _____
       (2) Case number: _____
       (3) Result: _____
       (4) Date of result: _____
       (5) Issues raised: _____

(d) Did you appeal the decision to the United States Court of Appeals?
    ☐ Yes        ☐ No
    If "Yes," provide:
    (1) Name of court: _____
    (2) Date of filing: _____
    (3) Case number: _____
    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: _____

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes    ☒ No
If "Yes," provide:
(a) Kind of petition, motion, or application: _____
(b) Name of the authority, agency, or court: _____

(c) Date of filing: _____
(d) Docket number, case number, or opinion number: _____
(e) Result: _____
(f) Date of result: _____
(g) Issues raised: _____

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE**: Hearing Examiner was Bias and acted prejudicly towards the Releasee to say he violated to prevent completion of Supervision and to confine releasee for a further time, because of being black male

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Hearing been recorded, Examiner stated how he could recommed reinstatement and since it's the end of supervision term, supervision would be done (prior to officers testifying). And where there was no evidence showing that releasee possessed an firearm as charged other than officers fabricated and contradicting statements Examiner stated he just felt releasee had been in control of the vehicle

(b) Did you present Ground One in all appeals that were available to you?
☒ Yes   ☐ No

**GROUND TWO**: Examiner was prejodice towards Releasee because of race and gender

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Examiner made statement that once releasee is release from confinement he can go any where and do what ever he wants we (uspc) don't care we (uspc) got our time from you. Which was stated before Attorney Letten and uso Fidler

(b) Did you present Ground Two in all appeals that were available to you?
☒ Yes   ☐ No

**GROUND THREE**: Arresting officer was prejodice towards releasee, and frabricated his story in order to have releasee arrested and charged with possession of firearm and Supervision revoked, because of race and gender

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

officer testified that he conducted a traffic stop, but the vehicle was parked (on the grounds of a private home) officer stated releasee told him he had the gun, his finger prints would be on it, and the vehicle was his, Evidence showed releasee said the opposite and releasee was not in the vehicle and no traffic stop was conducted

(b) Did you present Ground Three in all appeals that were available to you?
☒ Yes   ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** Releasee did not violate his conditions of Supervision by being in possession of a firearm. Conditions was not to possess an firearm, ammunition, or Dangerous weapons

(a) Supporting facts *(Be brief. Do not cite cases or law.):*
1) firearm was found in a vehicle at a private residence, 2) vehicle did/do not belong to the releasee, 3) releasee did/do not reside at the residence 4) releasee had not/was not driving the vehicle, 5) releasee was not in the vehicle, 6) officer testified that upon seeing the releasee he eventually walked the releasee to the vehicle to determine if the vehicle was stolen, 7) releasee has not been indicted/convicted for the charge.

(b) Did you present Ground Four in all appeals that were available to you?
☒ Yes     ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: All ground that could be thought of which include those listed, among others was presented in appeal, along with the statements of the officer and contradicting statement and facts

**Request for Relief**

15. State exactly what you want the court to do: Being that there was no evidence showing releasee possessed an firearm as charged, Supervision should not have been revoked, subjecting releasee to further unnessessary confinement of 24 months, Prolonging the completion of sentence. Request this court to make a finding if confinement is legit and make USPC give adequate finding within 30 days of whether Releasee has violated his conditions of supervision (violation of law, possession of firearm, ammunition, or weapons) Instead of suggesting obstructive possession (belief but not factual), for being in the vocenity of the vehicle was in found firearm, and the end of supervised Release

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: January 15, 2019

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 1-15-19

*Signature of Petitioner*

*Signature of Attorney or other authorized person, if any*